Exhibit A

| DOC. N° | TYPE | AEROPORT DE DESTINATION | VOL/JOUR | DATE D'EXECUTION | CODE ORIGINE SXB 1KUH671 |
|---|---|---|---|---|---|
| | 311 | INDIANAPOLIS | | EX 1 | LETTRE DE TRANSPORT AÉRIEN (non négociable) |

**DESTINATAIRE**
N° DE COMPTE DU DESTINATAIRE: 4004E
N° DE COMMANDE DESTINATAIRE:
NOM & ADRESSE:
ELI LILLY & COMPANY
LILLY TECHNOLOGY CENTER SOUTH
1400 WEST RAYMOND ST BLDG 151
INDIANAPOLIS    IN 46221
USA
NOTIFIÉ

**DHL**
**DANZAS AIR & OCEAN**
BP 10406 - 95707 ROISSY AÉROPORT CDG - Tel. 01.49.19.68.68 - Fax 01.48.62.49.94
AGENT: DHL Danzas/SXB

**EXPÉDITEUR**
N° DE COMPTE DE L'EXPÉDITEUR: L0727
RÉFÉRENCE DE L'EXPÉDITEUR:
LILLY FRANCE
ZA CENTRE DE PRODUCTION
2 RUE DU COLONEL LILLY
67640    FEGERSHEIM    43
FRANCE

CXZ    4LD
FAIT, LE 21DEC2004 A DHL Danzas/SXB
LE TRANSPORT EST SOUMIS AUX CONDITIONS DU CONTRAT QUI FIGURENT AU VERSO. L'ATTENTION DE L'EXPÉDITEUR EST ATTIRÉE SUR L'AVIS CONCERNANT LA LIMITATION DE RESPONSABILITÉ DU TRANSPORTEUR. L'expéditeur peut augmenter cette limitation de responsabilité en déclarant une valeur pour le transport plus élevée et en payant des frais supplémentaires s'il y a lieu.
US

| NOMBRE DE COLIS | DIMENSIONS L I H | POIDS BRUT KGS | QUANTITÉS, DESCRIPTION, MARQUES |
|---|---|---|---|
| 4 ECO | | 6095.9 | KNOWN CUSTOMER |
| | | | HUMATROPE 6 MG FORTEO 750 MCG |
| | | | NOT RESTRICTED PRODUCT MADE BY RECOMBI |
| | | | NATED DNA AND CONTENT NOT ANIMAL PARTS |
| | | | ENVIROTAINER THERMOSTAT SET AT +8 |
| | | | DEGREES CELSIUS-PLSE ENSURE FRT IS |
| | | | TRANSFERED TO PACE AIR FREIGHT REEFER |
| 838 PIECES (S.L.A.C) | | | TRUCK SET AT 55 DEGREES F. ASAP UPON AR- |
| TOTAL COLIS 4 | VOLUME | POIDS VOLUMÉTRIQUE 6600.0 | RIVAL TO ORD FOR INBOND MOVEMENT TO |
| | | D/F | IND. 4LD9 COOLTAINERS CONTAINING 838 |
| VALEUR DÉCLARÉE PAR L'EXPÉDITEUR | | | CTNS. RAP20636PC/206 CTNS 1787 KG/RAP |
| POUR LA DOUANE EUROS NVD | POUR LE TRANSPORT EUROS M/F | TOTAL POIDS BRUT (KGS) 6095.0 | 20778PC/181 CTNS 1483 KG RAP 21221 PC 232 CTNS 1499 KG RAP 20101 PC 219 CTNS 1325 KG TO KEEP REFRIGERATED AT + 8 DEGREES CELSIUS *AVOID FREEZING |

| PORT PAYÉ | PORT DÛ |
|---|---|
| | 0 |

| POIDS DE TAXATION | NATURE DU TARIF | TARIF | TRANSPORT |
|---|---|---|---|
| 6600.0 KGS | Redacted | A | IND 1er TRANSPORTEUR DHL DANZAS Air & Ocean |
| KGS | | | TRANSPORT EUR |
| KGS | | | TRANSPORTEUR |
| KGS | | | TRANSPORTEUR |

FRET AÉRIEN: Redacted 1
FRET IMPORT: 2

CODES:
AVANCE DHL DANZAS AI & OCEAN = A
TRANSP COMMUN = C
PP FCO DOMICILE = D

TAXE À LA VALEUR + AVANCES (autre qu'en code 2) + FRAIS DE MANUTENTION AU DÉPART = CODE 3 CI-DESSOUS

VALEUR DE TAXATION DE   DE

DETAILLER TOUS LES FRAIS DE MANUTENTION ET D'AVANCE (AUTRE QUE CEUX EN CODE 2 CI-DESSUS)
P CHH     361.60    P CRH     3232.00
P MYH     2133.25   P TCH     1010.00
P UKH     21.24     P IRH     914.25

Redacted 3
4  ASSURANCE À LA DEMANDE DE L'EXPÉDITEUR   MONTANT EUROS   TARIF
5  FRAIS D'APPROCHE

PAYER À:
DHL DANZAS AIR & OCEAN
STRASBOURG
FRANCE

Redacted 9   TOTAL DÛ A DANZAS S.A.   MONNAIE INDIQUÉE EUR

Les exemplaires 1, 2, et 3 de cette lettre de transport sont originaux et ont la même validité.

DHL DANZAS Air & Ocean AIRBILL NO.
SXB 1KUH671

HWB 001 (10/2003)

**AIRWAY BILL**
ORIGINAL N° 3 (POUR L'EXPÉDITEUR)
(Attention ceci n'est pas une facture)

000001

## CONDITIONS GÉNÉRALES D'INTERVENTION

### ARTICLE 1 - OBJET ET DOMAINE D'APPLICATION
Les présentes conditions ont pour objet de définir les modalités d'exécution par un Opérateur de Transport et/ou de logistique, à quelque titre que ce soit (commissionnaire de transport, entrepositaire, mandataire, manutentionnaire, prestataire commissionnaire en douane ou non, transitaire, transporteur, etc.) des activités et des prestations afférentes aux opérations qui lui sont confiés et/ou à la gestion des flux de marchandises emballées, de toutes natures, pour toutes provenances, pour toutes destinations, moyennant un prix librement convenu assurant une juste rémunération des services rendus, tant en régime intérieur qu'en régime international. Tout engagement ou toute transaction conclue avec l'opérateur de transport et/ou de logistique vaut acceptation sans aucune réserve, par le donneur d'ordre des conditions ci-après définies.

### ARTICLE 2 - DÉFINITION
- **COLIS :** Par colis, on entend un objet ou un ensemble matériel composé de plusieurs objets, quels qu'en soient le poids, les dimensions et le volume, constituant une charge unitaire lors de la remise au transporteur (fût, cage, caisse, carton, conteneur, fardeau, palette cerclée ou filmée, roll, etc.), conditionnée par l'expéditeur avant sa prise en charge même si le contenu en est détaillé dans le document de transport.
- **ENVOI :** Par envoi, on entend la quantité de marchandises, emballages et support de charge compris, mise effectivement, au moins nommée, à la disposition de l'opérateur de transport et/ou de logistique et dont le déplacement est demandé par un même donneur d'ordre pour un même destinataire d'un lieu de chargement unique à un lieu de déchargement unique et repris sur un même titre.

### ARTICLE 3 - PRIX DES PRESTATIONS
Les prix sont calculés sur la base des informations fournies par le client donneur d'ordre, en tenant compte notamment des prestations à effectuer, de la nature, du poids et du volume de la marchandise à transporter.
Les cotations sont fonction du taux des devises au moment où elles sont données.
Si un ou plusieurs de ces éléments de base se trouvent modifiés après remise de la cotation y compris par les décisions de l'O.T.L. de façon opposable à ce dernier, et leur preuve rapportée par celui-ci, les prix donnés par la cotation seront modifiés dans les mêmes conditions. Il en sera de même en cas de survenance de tout événement imprévu entraînant notamment une modification de l'un des éléments de la prestation. Un dépassement occasionnant une modification du parcours de transport prévu, etc.
Les prix ne comprennent pas les droits, taxes, redevances et impôts dus en application de toute réglementation notamment fiscale ou douanière (tels que droits d'entrée, etc...).

### ARTICLE 4 - OBLIGATIONS DU DONNEUR D'ORDRE
La marchandise doit être remise conditionnée, emballée, marquée, étiquetée de façon qu'elle puisse supporter les opérations connues et être délivrée au destinataire conformément aux instructions données à l'O.T.L. et dans les conditions normales.
La responsabilité de l'O.T.L. ne saurait être engagée pour toutes les conséquences résultant d'une absence, d'une insuffisance ou d'une défectuosité du conditionnement, de l'emballage, du marquage, et/ou de l'étiquetage, du défaut d'informations suffisantes ou fausses fournies sur la nature et les caractéristiques desdites marchandises.
En cas de perte, d'avarie ou de tout autre dommage subi par la marchandise, ou en cas de retard à l'expédition, le destinataire ne se respectera, de procéder aux constatations régulières et suffisantes, de prendre des réserves motivées et en général, d'effectuer tous les actes utiles à la conservation des recours et à confirmer lesdites réserves dans les délais légaux, faute de quoi aucune action en garantie ne pourra être exercée contre l'O.T.L.
En cas de refus des marchandises par le destinataire, comme en cas de défaillance du donneur d'ordre pour quelque cause que ce soit, tous les frais initialement et ultérieurement engagés pour le compte de la marchandise resteront à la charge du donneur d'ordre.

### ARTICLE 5 - ASSURANCE
5.1 — Aucune assurance n'est contractée sans ordre écrit et répété pour chaque expédition, [illisible] de notre Société et sous exclusion de toute responsabilité personnelle, [illisible] la couverture.
Les conditions de la police sont réputées connues et agréées par les expéditeurs et destinataires.
5.2 — Les clients désireux d'assurer les risques spéciaux tels que [illisible] déformation, rouille, oxydation, ainsi que vol et disparition, risques à destination, etc. [illisible] les risques majeurs du transport (par exemple : accidents caractérisés de la machine [illisible] ports maritimes, etc...).
5.3 — N'agissant en l'espèce que comme mandataire notre Société n'accepte aucune solidarité avec [illisible] d'Assurance.
5.4 — Aucune réclamation ne sera admise sans la production d'un certificat [illisible] par les Autorités compétentes) et sans la justification des actions nécessaires à la conservation des recours [illisible] d'assurance [illisible] que celle qui aura été encaissée des Compagnies d'Assurances.
6.5 — Le client qui couvre lui-même les risques du transport doit renoncer à tous recours [illisible] dans les limites précisées à l'art. 7.

### ARTICLE 6 - DÉLAIS D'ACHEMINEMENT
Aucune indemnité pour retard à la livraison n'est due si aucune date n'a [illisible] cas. L'indemnité ne pourra être allouée que si une mise en demeure [illisible] si les conditions du retard sont remplies sera contraire à [illisible].

### ARTICLE 7 - RESPONSABILITÉ
7.1 - Responsabilité du fait des substitués :
La responsabilité de l'O.T.L. est limitée à celle encourue par les substitués dans le cadre de la mission qui [illisible]. Dans le cas où les limites d'indemnisation des intermédiaires ou des substitués ne sont pas connues ou ne résultent pas de dispositions impératives du contrat, elles sont réputées identiques à celles de l'O.T.L.
7.2 - Responsabilité personnelle de l'Opérateur de transport et/ou de logistique (O.T.L.) :
Les limitations d'indemnités indiquées ci-dessous constituent la contrepartie de la responsabilité assumée par l'O.T.L.
7.2.1 - Pertes et avaries:
Dans le cas où la responsabilité personnelle de l'O.T.L. serait engagée, pour quelque cause que ce soit, les indemnités à l'exclusion de tous autres:
a) pour tous les dommages à la marchandise imputables à l'exécution de transports fait sur le territoire et limites de trafics [illisible] ne dépasseront pas les plafonds d'indemnité fixés dans les dispositions légales ou règlementaires du régime applicable du transport utilisé pour la prestation concernée.
- pour les envois de moins de 3 tonnes : 23 Euros par kilogramme de poids brut de marchandises manquantes ou avariées, avec un maximum de 750 Euros par colis
- pour les envois de plus de 3 tonnes : 14 Euros par kilogramme de poids brut de marchandises manquantes ou avariées, avec un maximum de 2.300 Euros la tonne
b) dans tous les cas, où les dommages à la marchandise ne résultent pas directement d'une faute de l'O.T.L. [illisible] un résultat ni sont pas dus à l'exécution de transport : 14 Euros par kilogramme de poids brut de marchandises manquantes [illisible] dans les autres hypothèses, le montant des dommages, la nature ou la valeur de la marchandise concernée [illisible] montant supérieur au résultat de calcul de la masse [illisible] ne pourra dépasser au choix du donneur d'ordre, au-delà de 2.300 Euros avec un maximum de 50.000 Euros par événement.
7.2.2 - Autres dommages :
Pour tous dommages et retards [illisible] en cas de sa responsabilité par ailleurs non directement imputable à [illisible] de la marchandise mais confiée dans la limite des sommes [illisible] cette indemnité ne pourra excéder celle qui est due en cas [illisible] de marchandise perdue.
Pour tous les dommages résultant d'un manquement dans [illisible] objet ou contrat, la responsabilité personnelle de l'O.T.L. est également limitée au prix de la prestation à l'origine du dommage dans la limite de 50.000 Euros par événement.

### ARTICLE 8 - LIVRAISONS
8.1 — Les marchandises qui du fait de l'absence ou de la carence du destinataire ne peuvent lui être remises dans les 24 heures de leur arrivée à la ville de destination séjourneront dans nos entrepôts (ou ceux de nos sous-traitants) aux frais, risques et périls des marchandises ou de ses ayants droit.
8.2 — Nos livreurs ne doivent la livraison des marchandises que sur le [illisible] de la compétence des réceptionnaires dès lors qu'ils franchissent le seuil du domicile ainsi fixé. Les livreurs du destinataire assument toutes les conséquences de la [illisible].

### ARTICLE 9 - DROIT DE GAGE CONVENTIONNEL
Quelles que soient la qualité et la nature de l'O.T.L. intervenant [illisible] l'expéditeur, destinataire, donneur d'ordre, les marchandises, valeurs et documents de toute nature [illisible] à titre de gage et de privilège [illisible] l'O.T.L. reste titulaire [illisible].

### ARTICLE 10 - MODALITÉS DE PAIEMENT
10.1 — Les factures sont payables au comptant à réception de facture et sans escompte.
10.2 — Les frais de transport exposés ainsi que ceux exigibles et dus à l'exécution de la prestation [illisible] à charge du destinataire [illisible].
10.3 — Lorsque par exception, des délais de paiement sont [illisible] ne peuvent en aucun cas masquer les droits, taxes et [illisible] la partie non payable des créances.
10.4 — La convention expresse et sans reprise d'action à [illisible] de paiement d'une seule facture à son échéance entraîne sans formalité :
- l'exigibilité immédiate de toutes les sommes restant dues [illisible] de règlement prévues initialement ;
- l'exigibilité à titre de dommages et intérêts d'une indemnité égale à [illisible] des sommes dues à compter de [illisible].

### ARTICLE 11 - COMPÉTENCE DES TRIBUNAUX
En cas de contestation de quelque nature que ce soit, même en cas d'appel en garantie ou de pluralité de défendeurs, seuls les tribunaux de Paris sont seuls compétents pour en connaître.

### ARTICLE 12 - PRESCRIPTION
Toutes les actions auxquelles le contrat conclu entre les parties peut donner lieu sont prescrites dans le délai d'un an à compter de l'exécution dudit contrat à l'exception des prestations douanières.

| | | |
|---|---|---|
| DOC. N° | TYPE 311 | AÉROPORT DE DESTINATION IND INDIANAPOLIS |

VOL/JOUR

DATE D'EXÉCUTION EX 1

CODE ORIGINE SXB 1KUH669

N° DH.DANZAS Air & Ocean

LETTRE DE TRANSPORT AÉRIEN (non négociable)

N° DE COMPTE DU DESTINATAIRE: 4004E
N° DE COMMANDE DESTINATAIRE:

**DESTINATAIRE**
NOM & ADRESSE:
ELI LILLY & COMPANY
LILLY TECHNOLOGY CENTER SOUTH
1400 WEST RAYMOND ST BLDG 151
INDIANAPOLIS       IN 46221
USA

NOTIFIE

**DHL**
≡ DANZAS AIR & OCEAN ≡
BP 10 406 - 95707 ROISSY AÉROPORT CDG - Tél. 01.49.19.68.68 - Fax: 01.48.62.49.94
DHL Danzas/SXB
AGENT

N° DE COMPTE DE L'EXPÉDITEUR: L0727
RÉFÉRENCE DE L'EXPÉDITEUR:

**EXPEDITEUR**
LILLY FRANCE
ZA CENTRE DE PRODUCTION
2 RUE DU COLONEL LILLY
67640   FEGERSHEIM
FRANCE

43

CXZ    4LD
FAIT LE 20DEC2004 A DHL Danzas/SXB
LE TRANSPORT EST SOUMIS AUX CONDITIONS DU CONTRAT QUI FIGURENT AU VERSO...

US

| NOMBRE DE COLIS | DIMENSIONS L/l/H | POIDS BRUT KGS | QUANTITÉS, DESCRIPTION, MARQUES |
|---|---|---|---|
| 4 ECO | | 4514.0 | KNOWN CUSTOMER. HUMALOG PEN FORTEO 750MCG/ 3 ML NOT RESTRICTED PRODUCT MADE BY RECOMBI NATED DNA AND CONTENT NOT ANIMAL PARTS ENVIROTAINER THERMOSTAT SET AT +8 DEGREES CELSIUS-PLSE ENSURE FRT IS TRANSFERED TO PACE AIR FREIGHT REEFER TRUCK SET AT55 DEGREES F.ASAP UPON AR- RIVAL TO ORD FOR INBOND MOVEMENT TO IND. 4LD9 COOLTAINERS CONTAINING 657 CTNS. RAP21081PC/180 CTNS 1440 KG/RAP 20141PC/180 CTNS 1441 KG RAP 20273 PC 137 CTNS 1074 KG RAP 20242 PC 160 CTNS 560 KG TO KEEP REFRIGERATED AT + 8 DEGREES CELSIUS ±AVOID FREEZING |
| 657 PIECES (S.L.A C) TOTAL COLIS 4 | VOLUME | POIDS VOLUMETRIQUE 6600.0 D/F | |
| VALEUR DÉCLARÉE PAR L'EXPÉDITEUR POUR LA DOUANE: EUROS NVD | POUR LE TRANSPORT: EUROS M/F | TOTAL POIDS BRUT (KGS) 4514.0 | |

| % PORT PAYÉ | PORT DÛ | POIDS DE TAXATION | NATURE DU TARIF | TARIF | TRANSPORT- |
|---|---|---|---|---|---|
| 0 | | 6600.0 KGS | Redacted | A: IND | 1er TRANSPORTEUR S DHL DANZAS Air & Ocean |
| FRET AÉRIEN | | KGS | | K A: | TRANSPORTEUR |
| Redacted 1 | | KGS | | K A: | TRANSPORTEUR |
| | | KGS | | K A: | TRANSPORTEUR |
| FRÊT IMPORT | | CODES AVANCE = A TRANSP COMM = C PP FCD DOUANE = D | | | |
| 2 | | | | | TAXATION À LA VALEUR   INCLURE CE TOTAL DANS L'ARTICLE |

VALEUR DE TAXATION

TAXE À LA VALEUR + AVANCES (autre qu'en code 2) + FRAIS DE MANUTENTION AU DÉPART = CODE 3 CI-DESSOUS

DETAILLER TOUS LES FRAIS DE MANUTENTION ET D'AVANCE (AUTRE QUE CEUX EN CODE 2 CI-DESSUS
P CHH            361.80    P CRH            3232.00
P MYH           1579.90    P TCH            1010.00
P UKH              21.24   P IRH              577.10

| Redacted | | ASSURANCE À LA DEMANDE DE L'EXPÉDITEUR | MONTANT EUROS | TARIF | |
|---|---|---|---|---|---|
| | 4 | | | | PAYER À: DHL DANZAS AIR & OCEA STRASBOURG FRANCE |
| | 5 | FRAIS D'APPROCHE | | | |
| Redacted | 9 | TOTAL DÛ A DANZAS S.A. | MONNAIE FACTURÉE EUR | Les exemplaires 1, 2, et 3 de cette lettre de transport sont originaux et ont la même validité | DHL DANZAS Air & Ocean AIRBILL N° SXB 1KUH669 |

AIRWAY BILL

ORIGINAL N° 3 (POUR L'EXPÉDITEUR)
(Attention ceci n'est pas une facture)

000003

## CONDITIONS GÉNÉRALES D'INTERVENTION

### ARTICLE 1 - OBJET ET DOMAINE D'APPLICATION

Les présentes conditions ont pour objet de définir les modalités d'exécution par un Opérateur de Transport et/ou de logistique, ci-après désigné O.T.L., agissant comme transporteur, mandataire, manutentionnaire, prestataire, commissionnaire en douane ou non, transitaire, dépositaire, manutentionnaire de marchandises, emballeur, de toutes natures, de toutes provenances pour toutes destinations, moyennant un prix convenu assurant une juste rémunération des services rendus, ainsi qu'en régime intérieur qu'en régime international. Tout engagement ou opération quelconque avec l'opération de transport et/ou de logistique vaut acceptation sans aucune réserve, par le donneur d'ordre des conditions ci-après définies.

### ARTICLE 2 - DÉFINITION

- "COLIS": Par colis, on entend un objet ou un ensemble matériel composé de plusieurs objets, quels qu'en soient le poids, les dimensions et le volume, constituant une charge unitaire lors de la remise au transporteur (bac, cage, caisse, carton, conteneur, fardeau, palette cerclée ou filmée, roll, etc...) conditionnés par l'expéditeur avant la prise en charge même si le contenu en est détaillé dans le document de transport.
- "ENVOI": Par envoi, on entend la quantité de marchandises, emballages et support de charge compris, mise effectivement, au même moment, à la disposition de l'opérateur de transport et/ou de logistique et dont le déplacement est demandé par un même donneur d'ordre pour un même destinataire d'un lieu de chargement unique à un lieu de déchargement unique et repris sur un même titre.

### ARTICLE 3 - PRIX DES PRESTATIONS

Les prix sont calculés sur la base des informations fournies par le client donneur d'ordre, en tenant compte notamment des prestations à effectuer, de la nature, du poids et du volume de la marchandise à transporter.

Les cotations sont fonction du taux des devises au moment où elles sont données.

Si un ou plusieurs de ces éléments de base se trouvaient modifiés après remise de la cotation y compris par les substitués de l'O.T.L., de façon opposable à ce dernier, et sur preuve rapportée par celui-ci, les prix donnés par la cotation seraient modifiés dans les mêmes conditions ; il en serait de même en cas de survenance de tout événement imprévu entraînant notamment une modification de l'un des éléments de la prestation, un déséquilibre économique, une modification du parcours de transport prévu, etc.

Les prix ne comprennent pas les droits, taxes, redevances et impôts dus en application de toute réglementation notamment fiscale ou douanière (tels que droits d'entrée), etc.

### ARTICLE 4 - OBLIGATIONS DU DONNEUR D'ORDRE

La marchandise doit être remise conditionnée, emballée, marquée, étiquetée, de façon qu'elle puisse supporter les opérations confiées et êtres délivrées au destinataire conformément aux instructions données à l'O.T.L., et dans les conditions normales.

La responsabilité de l'O.T.L. ne saurait être engagée pour toutes les conséquences résultant d'une absence, d'une insuffisance ou d'une défectuosité du conditionnement, de l'emballage, du marquage, et/ou de l'étiquetage, du défaut d'informations suffisantes ou fournies tardivement sur la nature et les caractéristiques des marchandises.

En cas de perte, d'avarie ou de tout autre dommage subi par la marchandise, ou en cas de retard il appartient au destinataire ou au réceptionnaire d'effectuer des constatations régulières et suffisantes, de prendre des réserves motivées et en général d'effectuer tous les actes utiles à la conservation des recours dans les formes et les délais légaux, faute de quoi aucune action en garantie ne pourra être exercée contre l'O.T.L.

En cas de refus des marchandises par le destinataire, comme en cas de défaillance de ce dernier pour quelque cause que ce soit, tous les frais initiaux et supplémentaires dus et engagés pour le compte de la marchandise resteront à la charge du donneur d'ordre.

### ARTICLE 5 - ASSURANCE

5.1 - Aucune assurance n'est contractée sans ordre écrit et répété, pour chaque expédition. La couverture en est faite soit par police spéciale soit par la police générale de notre Société sous exclusion de toute responsabilité personnelle, la police étant souscrite auprès de Compagnies notoirement solvables au moment de la couverture.

Les conditions de la police sont réputées connues et agréées par les expéditeurs et destinataires.

5.2 - Les risques généraux (exception des risques spéciaux tels tenus d'expliquer selon la nature des marchandises les risques à couvrir tels que casse, coulage, déformation, rouille, oxydation, ainsi que vol, disparition, séjour à destination, etc...). A défaut de cette précision, l'assurance sera tenue exclusivement contre les risques réputés majeurs du transport (par exemple, accidents caractérisés de la circulation pour les transports terrestres ou événement majeur à la mer pour les transports maritimes, etc...).

5.3 - N'agissant en l'espèce que comme mandataire notre Société n'accepte aucune solidarité avec les Compagnies d'Assurance.

5.4 - Aucune réclamation ne sera admise sans la production d'un certificat régulier de constat d'avarie ou de perte délivré par l'Agent des Assurances désigné au moment de la conclusion par les Autorités compétentes et sans la justification des actes nécessaires à la conservation des recours. L'indemnité d'assurance ne sera payable qu'autant que celle-ci aura été encaissée des Compagnies d'Assurance par notre Société.

5.5 - Le client qui couvre lui-même les risques du transport doit préciser à ses assureurs qu'ils ne pourront prétendre exercer leurs recours contre notre Société dans les limites précisées à l'art. 7.

### ARTICLE 6 - DÉLAIS D'ACHEMINEMENT

Aucune indemnité pour retard à la livraison n'est due si aucune date impérative n'a été expressément demandée par le donneur d'ordre et acceptée par l'O.T.L. dans ce cas l'indemnité ne pourra être allouée que si une mise en demeure de livrer a été adressée à l'O.T.L. par lettre recommandée avec accusé de réception. Cette indemnité si les conditions du retard sont remplies, sera conforme à celles définies au point 7.2.2

### ARTICLE 7 - RESPONSABILITÉ

7.1 - Responsabilité du fait des substitués:

La responsabilité de l'O.T.L. est limitée à celle encourue par les substitués dans le cadre de l'opération qui lui est confiée. Quand les limites de responsabilité des intermédiaires ou des substitués ne sont pas connues ou ne résultent pas de dispositions impératives ou légales, elles sont réputées identiques à celles de l'O.T.L.

7.2 - Responsabilité personnelle de l'Opérateur de transport et/ou de logistique (l'O.T.L.):

Les limitations d'indemnités indiquées ci-dessous constituent la contrepartie de la responsabilité assumée par l'O.T.L.

7.2.1 - Pertes et avaries:

Dans le cas où la responsabilité personnelle de l'O.T.L. serait engagée, pour quelque cause ou à quelque titre que ce soit, elle est strictement limitée :

a) pour tous les dommages à la marchandise imputables à l'opération de transport par suite de pertes et avaries et pour toutes les conséquences pouvant en résulter, aux plafonds d'indemnité fixés dans les dispositions légales ou réglementaires en vigueur applicables au transport considéré, à savoir:

- pour les envois de moins de 3 tonnes : 23 Euros par kilogramme de poids brut de marchandises manquantes ou avariées, avec un maximum de 750 Euros par colis,
- pour les envois de plus de 3 tonnes : 14 Euros par kilogramme de poids brut de marchandises manquantes ou avariées, avec un maximum de 2.300 Euros par tonne, sans pouvoir excéder une somme supérieure au produit du poids brut de la marchandise exprimé en tonnes multiplié par 2.300 Euros avec un maximum de 50.000 Euros par événement.

et dans tous les cas, où les dommages à la marchandise ou toutes les conséquences pouvant en résulter ne sont pas dus à l'opération de transport, à 14 Euros par kilogramme de poids brut de marchandises manquantes ou avariées sans pouvoir excéder, quels que soient le poids, le volume, les dimensions, la nature ou la valeur de la marchandise concernée, une somme supérieure au produit du poids brut de la marchandise exprimé en tonnes multiplié par 2.300 Euros avec un maximum de 50.000 Euros par événement.

7.2.2 - Autres dommages:

Pour tous dommages et notamment ceux entraînés par le retard de livraison dûment constaté dans les conditions définies ci-dessus, s'inscrivant dans le cadre de sa responsabilité personnelle est strictement limitée au prix du transport de la marchandise (droits, taxes et frais divers exclus), sans toutefois que cette indemnité ne pourra excéder celle qui est due en cas de perte ou d'avarie de la marchandise.

Pour tous les dommages résultant d'un manquement dans l'exécution de la prestation logistique, objet du contrat, la responsabilité personnelle de l'O.T.L. est également limitée au prix de la prestation à l'origine du dommage sans pouvoir excéder un maximum de 50.000 Euros par événement.

### ARTICLE 8 - LIVRAISONS

8.1 - Les marchandises qui du fait de l'absence ou de la carence du destinataire ne peuvent être livrées dans les 24 heures de leur arrivée dans la ville de destination séjournent dans nos entrepôts (ou ceux de nos sous-traitants) aux frais, risques et périls du propriétaire de ces marchandises ou de ses ayants droit.

8.2 - Nos livreurs ne doivent la livraison des marchandises que sur le seuil du domicile du destinataire des lors qu'ils franchissent ce seuil, ils deviennent avec leurs préposés du destinataire avec toutes les conséquences de droit.

### ARTICLE 9 - DROIT DE GAGE CONVENTIONNEL

Quelles que soit la qualité en laquelle l'O.T.L. intervient le donneur d'ordre lui reconnaît expressément un droit de gage conventionnel emportant droit de rétention et de préférence général et permanent sur toutes les marchandises, valeurs et documents en possession de l'O.T.L. en garantie de la totalité des créances (factures, intérêts, frais engagés, etc.) que l'O.T.L. détient contre lui, même antérieures ou étrangères aux opérations effectuées au regard de celles détenues matériellement par lui.

### ARTICLE 10 - MODALITÉS DE PAIEMENT

10.1 — Les factures sont payables au comptant à réception de facture et sans escompte.

10.2 — Les frais de transport exposés, ainsi que ceux engagés pour la conservation et la représentation de la marchandise, sont dus d'avance même avant l'arrivée des marchandises.

10.3 — Lorsque par exception, des délais de paiement auront été consentis, par le moyen de traites ou autres, tout paiement partiel sera imputé en premier lieu sur la partie non privilégiée des créances.

10.4 — De convention expresse et sauf report sollicité à temps et accordé par nous, le défaut de paiement à une seule échéance entraîne :
- l'exigibilité immédiate de toutes les sommes restant dues, quel que soit le mode de règlement prévu, sans acceptation tacite ;
- l'exigibilité, à titre de dommages et intérêts d'une indemnité égale à 15 % des sommes dues, outre les intérêts légaux et les frais judiciaires éventuels.

### ARTICLE 11 - COMPÉTENCE DES TRIBUNAUX

En cas de contestation de quelque nature que ce soit, même en cas d'appel en garantie ou de pluralité de défendeurs, attribution de juridiction est faite aux tribunaux de Paris, qui sont seuls compétents pour en connaître.

### ARTICLE 12 - PRESCRIPTION

Toutes les actions auxquelles le contrat conclu entre les parties peut donner lieu sont prescrites dans le délai d'un an à compter de l'exécution d'une ou mesure à l'exécution des prestations douanières.