Exhibit D



yves.hofmann@dlh.de
01/12/2004 12:02

Pour : ZULIANEL_CHRISTIAN_NONLILLY@LILLY.COM
cc :
Objet : FW: Résa supplémentaire US - 21/12/04

020/78714893 remise de fret le 20dec ok pour 4 onto MUC/ORD LH434/21 DEC ETD 1105 ETA 1410
020/78714915 remise de fret le 21dec oj pour 4 onto MUC/ORD LH434/22 DEC ETD 1105 ETA 1410

-----Original Message-----
**From:** Christian Zulianel NONLILLY [mailto:ZULIANEL_CHRISTIAN_NONLILLY@LILLY.COM]
**Sent:** Wednesday, December 01, 2004 10:38 AM
**To:** HOFMANN, YVES
**Subject:** Résa supplémentaire US - 21/12/04

020 7871 4893

Christian ZULIANEL
DHL Danzas Air & Ocean
Implant LILLY France rue du colonel Lilly
F 67640 Fegersheim
Tél:   + 33 (O) 3 90 64 79 20   Fax + 33 (O) 3 90 64 43 39
Molile + 33 (O) 6 88 38 47 92
zulianel_christian_nonlilly@lilly.com
christian.zulianel@dhl.com

----- Réacheminé par Christian Zulianel NONLILLY/EMA/LLY le 01/12/2004 10:37 -----

Marie Oury

01/12/2004 10:18

Pour :   Christian Zulianel NONLILLY/EMA/LLY@Lilly
cc :
Objet :   Résa supplémentaire US - 21/12/04

Christian,

Peux-tu rajouter 8 LD9 à destination des US départ de Fegersheim Mardi 21 Decembre

Marie

400002

CONFIDENTIAL